# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

January 20, 2026

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Application granted.  The January 22, 2026 status conference is adjourned until March 5, 2026, at 3:00 PM.  Speedy trial time is excluded until March 5, 2026 in the interest of justice.  18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:
January 22, 2026
New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Re: *United States v. Jonathan Hernandez*, et al., 1:25-cr-00319-NRB

Dear Judge Buchwald,

I write on behalf of all parties in advance of the status conference scheduled for January 22, 2026. The defendants respectfully request an adjournment of the status conference by approximately 45 days. The government consents to this request. The parties are actively engaged in plea discussions that may obviate the need for trial and pretrial litigation in this matter. This is the third request for adjournment in this case.

If the Court grants this request, the parties submit that the Court should exclude the time until the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice.

Respectfully submitted,

/s/ *Joy Chen*
Joy Chen
Assistant Federal Defender
Counsel for Jonathan Hernandez-Gonzalez
917-842-5074

CC:   AUSA Benjamin Burkett
      AUSA Henry Ross
      Jenna Dabbs, Esq., and Reed Keefe, Esq.; Counsel for Carolina Nivia-Ovalle