# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

March 2, 2026

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Application granted. The March 5, 2026 status conference is adjourned until April 21, 2026, at 3:00 PM. Speedy trial time is excluded until April 21, 2026 in the interest of justice. 18 U.S.C. § 3161(h)(7)(A).

Dated:
March 4, 2026
New York, New York

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Re: *United States v. Jonathan Hernandez*, et al., 1:25-cr-00319-NRB

Dear Judge Buchwald,

I write on behalf of all parties in advance of the status conference scheduled for March 5, 2026. The defendants respectfully request an adjournment of the status conference by approximately 30 days. The government has extended plea offers to the defendants in this matter, and defense counsel require additional time to review the offers with the defendants. The government consents to this request. This is the fourth request for adjournment in this case.

If the Court grants this request, the parties submit that the Court should exclude the time until the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice.

Respectfully submitted,

/s/ *Joy Chen*
Joy Chen
Assistant Federal Defender
Counsel for Jonathan Hernandez-Gonzalez
917-842-5074

CC:    AUSA Benjamin Burkett
AUSA Henry Ross
Jenna Dabbs, Esq., and Reed Keefe, Esq.; Counsel for Carolina Nivia-Ovalle