**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 7, 2026

**BY ECF**

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: *United States v. Jonathan Hernandez*, et al., 1:25-cr-00319-NRB-1**

Dear Judge Buchwald,

I write to respectfully request adjournment of the sentencing hearing in this matter by approximately 14 days. Sentencing is currently set for September 29, 2026, at 11:00 a.m. The government consents to this request. This is the second request for adjournment of sentencing.

Application granted. The sentencing hearing previously scheduled for September 29, 2026, at 11:00 a.m. is adjourned until Tuesday, October 13, 2026, at 11:00 a.m. Defendant's sentencing submission shall be filed no later than September 29, 2026, and the Government's sentencing submission shall be filed no later than October 6, 2026.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: September 9, 2026
New York, New York

Respectfully submitted,

*/s/ Joy Chen*
Joy Chen
Assistant Federal Defender
Counsel for Jonathan Hernandez-Gonzalez
917-842-5074